# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA *Plaintiff* v. Da Ying Sze *Defendant* | MAGISTRATE JUDGE: Cathy Waldor, U.S.M.J. CASE NO. 21-mj-15173-1 DATE OF PROCEEDINGS: 5/10/2021 DATE OF ARREST: 5/10/2021 |

**PROCEEDINGS:** Initial Appearance

- [✓] COMPLAINT
- [✓] ADVISED OF RIGHTS
- [ ] ORDER OF DETENTION
- [ ] APPT. OF COUNSEL: [ ] AFPD  [ ] CJA
- [ ] PRELIMINARY HEARING WAIVED ON THE RECORD
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY  [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER: _____

- [ ] TEMPORARY COMMITMENT
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [✓] BAIL SET: 500,000
  - [ ] UNSECURED BOND
  - [✓] SURETY BOND SECURED BY CASH/(PROPERTY)
- [ ] TRAVEL RESTRICTED _____
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [✓] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**
- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

— Deft consents to hearing by video

**APPEARANCES:**

AUSA: Mark Pesce
DEFT. COUNSEL: Joel Cohen
PROBATION: _____
INTERPRETER: Nancy Wu
Language: _____

TIME COMMENCED: 4:07 pm
TIME TERMINATED: 4:15 pm
CD NO: _____

Tim Gorman
DEPUTY CLERK