UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon.   Esther Salas |
| v. | : | Crim. No.   22-141 |
| DA YING SZE,<br>a/k/a "David" | : | WAIVER OF INDICTMENT |

I, Da Ying Sze, a/k/a "David," the above-named defendant, who is charged in Count One of the Information with knowingly and intentionally conspiring to engage in monetary transactions in property derived from specified unlawful activity, contrary to 18 U.S.C. § 1957, in violation of 18 U.S.C. § 1956(h) and 18 U.S.C. § 2; in Count Two with knowingly and intentionally operating and aiding and abetting the operation of an unlicensed money transmitting business, in violation of 18 U.S.C. §§ 1960(a), 1960(b)(1)(A), (b)(1)(B), and (b)(1)(C), and 18 U.S.C. § 2; and in Count Three with corruptly giving, offering, or promising anything of value to any person, with intent to influence and reward an officer, director, employee, agent, and attorney of a financial institution in connection with any business or transaction of such institution, in violation of 18 U.S.C. § 215(a)(1), being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on _____2/22/2022_____.

prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant Da Ying Sze, a/k/a "David"

_____
Joel Cohen, Esq.
Counsel for Defendant

Before: _____
HON. ESTHER SALAS
United States District Judge