# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

## Minutes of Proceedings

**Judge: Esther Salas**  					Date: February 22, 2022

Court Reporter:  Mary Jo Monteleone

Deputy Clerk: Elisaveta Kalluci

Docket # **Cr. 22-141(ES)**

**Title of Case:**

U.S.A. v. DA YING SZE

**Appearances:**

Mark Pesce, AUSA, for the govt.
Jonathan Peck, AUSA, for the govt.
Angelica Sinopole, AUSA, for the govt.
Joel Cohen, Esq., for the deft.
Nancy Wu, Mandarin Interpreter.

**Nature of Proceedings:**  			GUILTY PLEA TO AN INFORMATION

Mandarin Interpreter affirmed.
Defendant present and affirmed.
The defendant is advised of his rights and charges.
Factual basis placed on the record.
Plea entered: GUILTY to a three count Information.
Court accepts the plea.
Information filed.
Waiver of Indictment filed.
Rule 11 form filed.
Plea agreement filed.
Consent and Preliminary Oder of Forfeiture filed.
Sentence Date: June 28, 2022 at 11:00 a.m.


Time Commenced:    12:45 p.m.
Time Adjourned:     1:50 p.m.
Total Time: 1.05

                                                          Elisaveta Kalluci
                                                          Courtroom Deputy