# EXHIBIT A
# To the Petition of Chi T Cheung



YUNQIN LIU  234

Date 05-08-21

Pay to the order of Chi T Cheung   $ 25,000.00

Twenty - Five Thousand only — Dollars

citibank   Citi Priority
CITIBANK, N.A.

For _____   yun Qin Liu

⑆021000089⑆ 6865203816⑈ 0234

Post Date: 05/10/21
Amount: $25,000.00
Check No.: 234
DIN: 917831171674
FIMP: 0

Account: 6865203816
Routing & Transit: 21000089
Acct of Deposit: 6868669531
Sequence No.: 167400000

