# EXHIBIT A
# To the petition of Hui Jiang

Amount: $50,000.00
Account: 21010782
Bank Number: 02603148

Sequence Number: 3852829127
Capture Date: 05/07/2021
Check Number: 3812

---

**YUFENG GAO**
137-29 Juniper Ave
Flushing, NY 11355

**AMERASIA BANK**
86-26 Broadway
Elmhurst, NY 11373

No. 3812

Date 05-05-2021

Pay To The Order Of  Hui Jiang    $ 50,000 00/

Fifty - Thousand - only                         Dollars

Memo:                                  GAO YU FONG

⑂0000003812⑂ ⑉026011484⑉ 21010782⑂

---

Seq: 110
Batch: 362617
Date: 05/07/21

Seq: 00110 05/07/21
BAT: 362617 CC: 0057050100
WT: 01 LTPS Atlanta ET
IC: Anderson Main Office BC SC7-506

Hui Jiang

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 05/07/2021 | 3852829127 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA, NA |

Bank of America

MAY 13

CO/CC 005 7050100
TLR 006 FRB3290
ABA021200339

Amount: $50,000.00
Account: 21010782
Bank Number: 02601148

Sequence Number: 3852829126
Capture Date: 05/07/2021
Check Number: 3811

**YUFENG GAO**
137-29 Juniper Ave
Flushing, NY 11355

**AMERASIA BANK**
86-26 Broadway
Elmhurst, NY 11373

No. 3811

Date 05-04-2021

Pay To The Order Of: Hui Jiang            $50,000 00/

Fifty Thousand - only                     Dollars

Memo: _____          GAO YU FENG

⑆000003811⑆ ⑉02601148⑉:21010782⑈

Seq: 109
Batch: 362617
Date: 05/07/21

Seq:00109 05/07/21
BAT:362617 CC:0057050100
NT:01 LTPS-Atlanta ET
BC:Anderson Main Office BC SC2-506

Hui Jiang

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 05/07/2021 | 3852829126 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA, NA |

Bank of America

MAY 1 3

CO/CC 005 7050100
TLR 006 FRB3290
ABA021200339