# EXHIBIT A

# To the petition of Wei Guang Wang


