2021R00005/MJP/SD/ns

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Esther Salas, U.S.D.J |
| v. | : | Crim. No. 22-141 (ES) |
| DA YING SZE, | : | <u>AFFIRMATION OF PUBLICATION</u> |
| Defendant. | : | |

I, SARAH DEVLIN, pursuant to Title 28, United States Code, Section 1746, hereby affirm under the penalty of perjury:

That I am an Assistant United States Attorney in the Office of the United States Attorney for the District of New Jersey, and

That attached to this affirmation are the following:

(1) A true and correct copy of the Notice of Forfeiture published in connection with the above-captioned case (Attachment 1), and

(2) An Advertisement Certification Report generated by the Consolidated Asset Tracking System maintained by the Department of Justice, which indicates that the aforementioned Notice was posted on an official government internet site (www.forfeiture.gov) for at least thirty (30) consecutive days, beginning on April 5, 2022, and ending on May 4, 2022, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (Attachment 2).

Dated: Newark, New Jersey
November 7, 2022

*s/ Sarah A. Devlin*
SARAH A. DEVLIN
Assistant United States Attorney

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# COURT CASE NUMBER: 2:22-CR-00141; NOTICE OF FORFEITURE

Notice is hereby given that on February 22, 2022, in the case of <u>U.S. v. Da Ying Sze</u>, Court Case Number 2:22-CR-00141, the United States District Court for the District of New Jersey entered an Order condemning and forfeiting the following property to the United States of America:

$2,392,996.00 U.S. Currency (21-DEA-678476) which was seized from Da Ying Sze aka David Sze on or about May 07, 2021 in Flushing, NY

$409,209.00 U.S. Currency (21-DEA-678478) which was seized from Zeng Guan Li on or about May 07, 2021 in Queens, NY

$348,845.00 U.S. Currency (21-DEA-678479) which was seized from Da Ying Sze aka David Sze on or about May 07, 2021 in Flushing, NY

$245,557.73 U.S. Currency (21-DEA-678480) which was seized from Zejin Guo aka Ze Jin Guo on or about May 07, 2021 in Elmhurst, NY

$224,401.00 U.S. Currency (21-DEA-678481) which was seized from Shu Hua Wang on or about May 07, 2021 in Long Island City, NY

2015 Lexus LX570 VIN# JTJHY7AX6F4168529 (21-DEA-680073) which was seized from Da Ying Sze aka David Sze on or about May 07, 2021 in Flushing, NY

TD Bank official check #839359372 in the amount of $50,000.00 (21-IRS-000748) which was seized from TD Bank on or about May 20, 2021 in Cranford, NJ

TD Bank official check #839673066 in the amount of $15,000.00 (21-IRS-000749) which was seized from TD Bank on or about May 20, 2021 in Cranford, NJ

Amerasia Bank official check #080729 in the amount of $30,000.00 (21-IRS-000750) which was seized from Amerasia Bank on or about May 20, 2021 in Flushing, NY

Amerasia Bank official check #080732 in the amount of $50,000.00 (21-IRS-000751) which was seized from Amerasia Bank on or about May 20, 2021 in Flushing, NY

Amerasia Bank official check #080733 in the amount of $50,000.00 (21-IRS-000752) which was seized from Amerasia Bank on or about May 20, 2021 in Flushing, NY

Amerasia Bank official check #080720 in the amount of $50,000.00

(21-IRS-000753) which was seized from Amerasia Bank on or about May 20, 2021 in Flushing, NY

$41,246.60 seized from Amerasia Bank account number ending in 0782, held in the name of Yufeng Gao (21-IRS-000754) which was seized from Amerasia Bank on or about May 07, 2021 in Flushing, NY

$69,608.36 seized from Amerasia Bank account number ending in 5384, held in the name of Broadway Fashion USA Corporation (21-IRS-000755) which was seized from Amerasia Bank on or about May 07, 2021 in Flushing, NY

$136,103.90 seized from Amerasia Bank account number ending in 2253, Mei Sewing Corporation and Xiumei Lin (21-IRS-000756) which was seized from Amerasia Bank on or about May 07, 2021 in Flushing, NY

$325,029.45 seized from Bank of America account number ending in 2798, held in the name of Mei Sewing Corporation (21-IRS-000757) which was seized from Bank of America on or about May 07, 2021 in Newark, NJ

$160,348.96 seized from Royal Business Bank account number ending in 2321, held in the name of Asia Sewing Corporation (21-IRS-000758) which was seized from Royal Business Bank on or about May 07, 2021 in Flushing, NY

$416,889.00 seized from Royal Business Bank account number ending in 7326, held in the name of Fai Trading NYC Corporation (21-IRS-000759) which was seized from Royal Business Bank on or about May 07, 2021 in Flushing, NY

$220,997.10 seized from Citibank account number ending in 8007, held in the name of Yufeng Gao (21-IRS-000760) which was seized from Citibank on or about May 07, 2021 in Newark, NJ

$235,428.80 seized from Citibank account number ending in 3816, held in the name of Yunqin Liu (21-IRS-000761) which was seized from Citibank on or about May 07, 2021 in Newark, NJ

$1,022.35 seized from Citibank account number ending in 3824, held in the name of Yunqin Lin (21-IRS-000762) which was seized from Citibank on or about May 07, 2021 in Newark, NJ

$53,780.00 seized from Citibank account number ending in 8424, held in the name of Fai Ngai (21-IRS-000763) which was seized from Citibank on or about May 07, 2021 in Newark, NJ

$3,200.24 seized from Citibank account number ending in 8432, held in the name of Fai Ngai (21-IRS-000764) which was seized from Citibank on or about May 07, 2021 in Newark, NJ

$105,164.41 seized from JP Morgan Chase account number ending in 0106, held in the name of Mei GoGo Trading Corporation (21-IRS-000765) which was seized

from JP Morgan Chase on or about May 07, 2021 in Newark, NJ

$164,957.02 seized from Capital One Bank account number ending in 3333, held in the name of Broadway Fashion USA Corporation (21-IRS-000766) which was seized from Capital One Bank on or about May 07, 2021 in Newark, NJ

$191,110.94 seized from Capital One Bank account number ending in 5528, held in the name of FAI Trading NYC Corporation (21-IRS-000767) which was seized from Capital One Bank on or about May 07, 2021 in Newark, NJ

Various money orders totaling $24,854.87 (21-IRS-000778) which were seized from Sze, Da Ying on or about May 07, 2021 in Fresh Meadows, NY

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (April 05, 2022) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, Martin Luther King Federal Building & U.S. Courthouse, 50 Walnut Street, Room 4105, Newark, NJ  07101-0419, and a copy served upon Assistant United States Attorney Sarah Devlin, 970 Broad Street,, Suite 700, Newark, NJ  07102.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Sarah Devlin, 970 Broad Street,, Suite 700, Newark, NJ  07102.  This website

provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between April 5, 2022 and May 04, 2022. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Da Ying Sze

**Court Case No:** 2:22-CR-00141
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 04/05/2022 | 23.9 | Verified |
| 2 | 04/06/2022 | 23.9 | Verified |
| 3 | 04/07/2022 | 23.9 | Verified |
| 4 | 04/08/2022 | 23.9 | Verified |
| 5 | 04/09/2022 | 23.9 | Verified |
| 6 | 04/10/2022 | 23.9 | Verified |
| 7 | 04/11/2022 | 23.9 | Verified |
| 8 | 04/12/2022 | 23.9 | Verified |
| 9 | 04/13/2022 | 23.8 | Verified |
| 10 | 04/14/2022 | 24.0 | Verified |
| 11 | 04/15/2022 | 23.9 | Verified |
| 12 | 04/16/2022 | 23.9 | Verified |
| 13 | 04/17/2022 | 23.9 | Verified |
| 14 | 04/18/2022 | 23.9 | Verified |
| 15 | 04/19/2022 | 21.0 | Verified |
| 16 | 04/20/2022 | 21.0 | Verified |
| 17 | 04/21/2022 | 22.8 | Verified |
| 18 | 04/22/2022 | 23.8 | Verified |
| 19 | 04/23/2022 | 23.9 | Verified |
| 20 | 04/24/2022 | 23.9 | Verified |
| 21 | 04/25/2022 | 23.9 | Verified |
| 22 | 04/26/2022 | 23.9 | Verified |
| 23 | 04/27/2022 | 23.9 | Verified |
| 24 | 04/28/2022 | 23.9 | Verified |
| 25 | 04/29/2022 | 23.9 | Verified |
| 26 | 04/30/2022 | 23.9 | Verified |
| 27 | 05/01/2022 | 23.9 | Verified |
| 28 | 05/02/2022 | 23.9 | Verified |
| 29 | 05/03/2022 | 23.9 | Verified |
| 30 | 05/04/2022 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.