**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DA YING SZE,<br><br>　　　　　Defendant. | Hon. Esther Salas<br>Crim. No. 22-141 (ES)<br><br>**CERTIFICATE OF SERVICE** |

　　　　I HEREBY CERTIFY that I caused a copy of the foregoing to be served by electronic filing via Pacer/ECF on the following attorney on November 29, 2022, and then by filing a corrected document on November 30, 2022:

　　　　(1) Sarah Devlin, for Government.

DATED:  November 30, 2022

　　　　　　　　　　　　　　　　　　　　　　　　*s/ Matthew Eyet*
　　　　　　　　　　　　　　　　　　　　　　　　Matthew T. Eyet, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　EYET LAW LLC
　　　　　　　　　　　　　　　　　　　　　　　　382 George Street
　　　　　　　　　　　　　　　　　　　　　　　　New Brunswick, NJ 08901
　　　　　　　　　　　　　　　　　　　　　　　　Phone: (732) 379-8617
　　　　　　　　　　　　　　　　　　　　　　　　Fax: (908) 292-1108
　　　　　　　　　　　　　　　　　　　　　　　　***Attorneys for Petitioners Chi T Cheung, Shi Chun Lin, Qi Fang Chen, Hui Jiang, Wei Guang Wang, Zhi Hong Chen, Xiu Yu Jiang, Na Na Wang, Jing Ping Lin, and Mao Qing Chen***